**U.S. Department of Justice**
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 3 2018

JAMES N. HATTEN, Clerk

By: *AC*

Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00696)

1 : 18 - CR - 074

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.

MAGISTRATE CASE NO.

X Indictment
DATE: March 13, 2018

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JUN YING

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**    Yes    X No
**Will the defendant be arrested pending outcome of this proceeding?**    X Yes    No
**Is the defendant a fugitive?**    Yes    X No
**Has the defendant been released on bond?**    Yes    X No

**Will the defendant require an interpreter?**    Yes    X No

District Judge:

Attorney:  Christopher J. Huber
Defense Attorney: