**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CRIMINAL ACTION |
|  | ) |
| v. | ) NO.: 1:18-CR-074-WSD/RGV |
|  | ) |
| JUN YING, | ) |
| Defendant. | ) |
|  | ) |

**MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT
INTO THE COURTROOM FOR USE AT PRETRIAL CONFERENCE**

COMES NOW Defendant Jun Ying, by and through undersigned counsel, and respectfully requests permission for his attorneys, Douglas Koff, Craig S. Warkol and Kelly Koscuiszka, to bring into the courtroom certain electronic devices for use during the Pretrial Conference on Tuesday, June 12, 2018. Specifically, Defendant requests permission for the named attorneys to bring the following electronic devices into the courtroom:

- 3 smart phones;
- 2 laptops; and
- 1 iPad.

11795807

1

The named attorneys do not have Attorney ID cards that would otherwise permit them to bring such devices into the courtroom as they are admitted *pro hac vice* in this matter. For the Court's convenience, a proposed order is attached.

Respectfully submitted, this 11th day of June, 2018.

/s/ *R. Joseph Burby, IV*
R. Joseph Burby, IV (Ga. Bar No. 094503)
Elyse K. Yang (Ga. Bar No. 939395)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3471
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999
Email:        joey.burby@bclplaw.com
Email:        elyse.yang@bclplaw.com

Douglas Koff  (*pro hac vice*)
Craig Warkol  (*pro hac vice*)
Kelly Koscuiszka (*pro hac vice*)
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY  10022
Telephone:  (212) 756-2000
Facsimile:   (212) 593-5955
Email:        douglas.koff@srz.com
Email:        craig.warkol@srz.com
Email:        kelly.koscuiszka@srz.com

*Counsel for Defendant Jun Ying*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to LR 7.1D of the Northern District of Georgia, that the foregoing filing complies with the font and point selections approved by LR 5.1C.

Dated: June 11, 2018

                                              */s/ R. Joseph Burby, IV*
                                              R. Joseph Burby, IV (Ga. Bar No. 094503)
                                              **BRYAN CAVE LEIGHTON PAISNER LLP**
                                              One Atlantic Center - Fourteenth Floor
                                              1201 W. Peachtree Street, NW
                                              Atlanta, GA  30309-3471
                                              Telephone:  (404) 572-6600
                                              Facsimile:   (404) 572-6999
                                              Email:         joey.burby@bclplaw.com

                                              *Counsel for Defendant Jun Ying*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL ACTION |
| | ) |
| v. | ) NO.: 1:18-CR-074-WSD/RGV |
| | ) |
| JUN YING, | ) |
|           Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 11th day of June 2018 electronically filed the foregoing **MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE AT PRETRIAL CONFERENCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ R. Joseph Burby, IV*
R. Joseph Burby, IV (Ga. Bar No. 094503)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center - Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3471
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999
Email:         joey.burby@bclplaw.com

*Counsel for Defendant Jun Ying*

11795807                                           4