IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:18-CR-0074-WSD-RGV |
| JUN YING, | |
| Defendant. | |

## ORDER

Pending before the Court is defendant's "Motion for Permission to Bring Electronic Equipment into the Courtroom for Use at Pretrial Conference," [Doc. 37]. Having reviewed the motion, the Court GRANTS defendant's motion and will permit counsel to bring the electronic devices specified in the motion into the courtroom to facilitate discussion regarding scheduling matters during the pretrial conference scheduled for Tuesday, June 12, 2018, at 2:00 p.m.

**SO ORDERED**, this 12th day of JUNE, 2018.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE